IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW B. CRAMER,

      Plaintiff,　　　　　　　　　　No. CIV S-08-1356 EFB P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.　　　　　　　　　<u>ORDER</u>

                              /

      Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983.

      Plaintiff alleges a violation of his civil rights in Kern County, California. Kern County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(d).

      Accordingly, it is hereby orderd that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

/////

/////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: September 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE